UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELAINA BEANN REYNOLDS,

 Plaintiff,

v.              Case No. 5:14cv180/RS/CJK

CAROLYN COLVIN,
Acting Commissioner of Social Security,

 Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 13, 2014, the court entered an order advising plaintiff, who is proceeding *pro se*, that she is responsible for serving her complaint and the time and manner within which to do so. *See* doc 2. The court directed plaintiff to Fed. R. Civ. P. 4, which governs service of process in federal civil actions, and suggested that plaintiff review the text of that and any other relevant rules before attempting to serve the defendant. The court also advised plaintiff that she had 120 days in which to serve the defendant under Fed. R. Civ. P. 4(m) and that if she failed to do so, the matter might be dismissed. After more than 120 days passed and plaintiff failed to effect service of process upon the defendant, the court entered an order directing plaintiff to show cause within fourteen (14) days why the case should not be

dismissed for failure to timely serve the defendant.  *See* doc. 4.  Plaintiff failed to respond to the court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of January, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No: 5:14cv180/RS/CJK