IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELAINA BEANN REYNOLDS,**

    **Plaintiff,**

v.                                **CASE NO. 5:14-cv-180-RS-CJK**

**CAROLYN COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER

Before me is the January 15, 2015, Magistrate Judge's Report and Recommendation (Doc. 5). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to respond to the court's show cause order.

3. The Clerk is directed to close this case.

**ORDERED** on February 19, 2015.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**